**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

HEALTH AGENTS FOR AMERICA

Plaintiff,

v.

ROBERT F. KENNEDY, ET AL.

Defendants.

Civil Action No.: SAG-26-04415

**ORDER**

Because this case is related to the issues in National Association of Benefits and Insurance Professionals v. Kennedy et al (1:26-cv-04311-SAG), the same briefing schedule will govern the Motion for Temporary Restraining Order and Preliminary Injunction, ECF 2, in this case. Therefore, it is, this 21st day of October, 2026, ORDERED:

1. The Government's response is due October 29, 2026;
2. Plaintiff's reply, if any, is due November 4, 2026; and
3. A hearing will be held on November 5, 2026 at 10:00 a.m.

October 21, 2026

/s/
Stephanie A. Gallagher
United States District Judge