**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| NATIONAL ASSOCIATION OF BENEFITS AND INSURANCE PROFESSIONALS, | * * * | Civil Action No. SAG-26-04311 |
| Plaintiff | * * | |
| v. | * | |
| ROBERT F. KENNEDY, JR, et al., | * | |
| Defendants. | * * | |
| HEALTH AGENTS FOR AMERICA, | * * | |
| Plaintiff | * | Civil Action No. SAG-26-04415 |
| v. | * * | |
| ROBERT F. KENNEDY, et al., | * | |
| Defendants. | * * | |

**ORDER**

For the reasons stated on the record during the motions hearing today, this Court finds that Plaintiffs NABIP and HAFA have shown that they are likely to succeed on the merits of their claims under the Administrative Procedure Act, 5 U.S.C. § 553; that their members are likely to suffer irreparable harm in the absence of preliminary relief; that the balance of equities tips in their favor; and that preliminary relief is in the public interest. Accordingly, it is, this 5th day of November, 2026, ORDERED as follows:

1. Plaintiff NABIP's Motion for a Temporary Restraining Order and Preliminary Injunction, ECF 3 in SAG-26-04311, construed as a motion for a stay under 5 U.S.C. § 705, is GRANTED IN PART as to NABIP's APA § 553 claim;

2. Plaintiff HAFA's Motion for a Temporary Restraining Order and Preliminary Injunction, ECF 2 in SAG-26-04415, construed as a motion for a stay under 5 U.S.C. § 705, is likewise GRANTED IN PART as to HAFA's APA § 553 claim;
3. The Interim Final Rule and the moratorium on new agent and broker registrations with the Federally-facilitated Exchanges for Plan Year 2027 announced therein, as promulgated in *Patient Protection and Affordable Care Act; Temporary Moratoria on Certain Agent and Broker Registration To Participate in the Exchanges*, 91 Fed. Reg. 60317 (Sept. 23, 2026), are stayed pursuant to 5 U.S.C. § 705 pending final resolution by this Court;
4. Defendants shall make the Plan Year 2027 training for new agents and brokers available by the close of the next business day, November 6, 2026;
5. Defendants shall file a status report within seven days of the entry of this Order describing the steps taken to comply with this Order; and
6. The parties shall confer and jointly propose a schedule for next steps in these cases no later than November 12, 2026.

/s/
Stephanie A. Gallagher
United States District Judge